# CONSENT TO BECOME A PARTY PLAINTIFF

### Ostrander et al v. Customer Engineering Solutions "CES"
### Case No.

Complete and Mail, Fax or Email to:

**STEPHAN ZOURAS, LLP**
**ATTN: Customer Engineering Solutions "CES" Unpaid Wage Action c/o**
**205 North Michigan Avenue, Suite 2560**
**Chicago, IL 60601**
**Phone: (312) 233 1550 / Fax: (312) 233-1560**
**lawyers@stephanzouras.com**

By signing below, I affirm that I have worked for Customer Engineering Solutions or one of its subsidiaries or affiliates ("Defendants"), as a field engineer or technician or other similar position during the past three years, and that I consent to join this lawsuit seeking unpaid overtime wages for Defendant's violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et. seq.*

I hereby designate the law firm STEPHAN ZOURAS, LLP, to represent me for all purposes of this action.

I also designate the Class Representative as my agent to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiff's counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

12/10/14
_____
Date

_____
Signature

Robert C. Ostrander
_____
Print Name

## *Statute of limitations concerns mandate that you return this form as soon as possible to preserve your rights.*