IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Civil Action No. 15-cv-01476-PAB-MEH

ROBERT OSTRANDER, individually, and on behalf of all others similarly situated,

    Plaintiff,

v.

CUSTOMER ENGINEERING SERVICES, LLC,
JAMES N. FOX, and
MARY FOX,

    Defendants.

## ORDER

This matter is before the Court on the parties' Joint Notice of Settlement Funding [Docket No. 132]. On February 21, 2019, the Court entered an order approving the parties' settlement agreement and dismissing the case without prejudice. Docket No. 129 at 16. The order provided that, once the settlement was funded pursuant to the terms of the parties' settlement agreement, the Court would enter an order dismissing the case with prejudice. *Id.* On March 22, 2019, the parties filed a joint notice stating that the settlement has been funded. Docket No. 132. Accordingly, it is

    **ORDERED** that this case is dismissed with prejudice. It is further

    **ORDERED** that this case is closed.

DATED March 22, 2019.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
Chief United States District Judge