IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01476-PAB-MEH

ROBERT OSTRANDER, individually, and on behalf of all others similarly situated,

    Plaintiff,

v.

CUSTOMER ENGINEERING SERVICES, LLC,
JAMES N. FOX, and
MARY FOX,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Orders of Chief United States District Judge Philip A. Brimmer [Docket Nos. 129 and 133], it is

ORDERED that Plaintiffs' Renewed Unopposed Motion and Memorandum in Support of Approval of Settlement [Docket No. 115] is GRANTED in part and DENIED in part.  It is further

ORDERED that this case is dismissed with prejudice.  It is further

ORDERED that this case is closed.

2

Dated at Denver, Colorado this 25th day of March, 2019.

                                      FOR THE COURT:

                                      Jeffrey P. Colwell, Clerk

                                      By s/ S. Grimm
                                            Deputy Clerk